UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AHMED MOHAMUD MOHAMED,<br><br>                Plaintiff,<br><br>     v.<br><br>GWENDLYN GREEN, Deputy Chief of Mission at United States Embassy in Ethiopia, and ANTONY BLINKEN, Secretary of the United States Department of State,<br><br>                Defendants. | Case No. C23-1972-RSM<br><br>ORDER DENYING MOTION FOR DEFAULT JUDGMENT |

This matter comes before the Court on pro se Plaintiff Ahmed Mohamud Mohamed's second Motion for Default Judgment, Dkt. #11. Plaintiff's Complaint was filed on December 21, 2023. Dkt. #1. Defendants have not appeared in this matter. The instant Motion was filed on September 9, 2024.

Local Civil Rule 55(a) provides in part:

> Upon motion by a party noted in accordance with LCR7(d)(1) and supported by affidavit or otherwise, the clerk shall enter the default of any party against whom a judgment for affirmative relief is sought but who has failed to plead or otherwise defend. The affidavit shall specifically show that the defaulting party was served in a manner authorized by Fed. R. Civ. P. 4.

ORDER DENYING MOTION FOR DEFAULT JUDGMENT - 1

The Court denied Plaintiff's prior Motion for Default Judgment, Dkt. #8, because Plaintiff failed to show that either Defendant was served in a manner authorized by Federal Rule of Civil Procedure 4. Dkt. #10 at 2. Specifically, while Plaintiff provided Proof of Service that Defendant Secretary Antony Blinken was served via certified mail, Plaintiff provided no evidence or information regarding serving Defendant Deputy Chief Green or the United States. *Id*.

Considering Plaintiff's instant Motion, Dkt. #12, and Declaration, Dkt. #13, the Court continues to find the same deficiencies. As the Court stated before, serving officers or employees of the United States is more complicated than serving an individual or corporation. Federal Rule of Civil Procedure 4 lists the necessary steps. *See* Fed. R. Civ. P. 4(i). This rule requires serving copies of the Complaint to both Deputy Chief Green and Secretary Blinken and the United States itself via registered or certified mail to multiple addresses. Even if Plaintiff sufficiently served Defendant Secretary Blinken, he continues to fail to provide evidence of service on Defendant Deputy Chief Green and the United States as required by Rule 4(i). Plaintiff's filings do not provide this information or otherwise show the circumstances of service on all Defendants and the United States.

Accordingly, the Court hereby finds and ORDERS that Plaintiff's second Motion for Default Judgment, Dkt. #11, is DENIED.

DATED this 20th day of September, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE